UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON & TRUESDALE
By: Steven J. Abelson, Esq. (ID # SA7987)
80 West Main St.
Freehold, NJ 07728
(732) 462-4773
Attorney for Debtor

In Re:

GARRETSON, DOMINICK & BARBARA

Case No.: 24-14587

Chapter: 13

Adv. No.:

Hearing Date: 7/17/24

Judge: RG

# CERTIFICATION OF SERVICE

1. I, _____Steven J. Abelson_____ :

    ☒ represent _____Debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____6/23/24_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Continue and/or Reinstate Automatic Stay and Supporting Documents

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/22/24

/s/ Steven J. Abelson
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esq.<br>KLM Law Group PC<br>701 Market Street<br>Philadelphia, PA 19106 | Atty for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ  07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AIS Portfolio Services LLC<br>Attn: Capital One Auto Finance<br>Acct xxxxxxxx3366<br>4515 N. Santa Fe Ave, Dept APS<br>Oklahoma City, OK 73118 | Creditor req. Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General of the United States<br>Dept. of Justice<br>Constitution Ave and 10th St. NW<br>Washington, DC 20530 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BCA Financial Services<br>PO BOX 1037<br>Bloomfield, NJ 07003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>Bankruptcy Dept.<br>PO BOX 30273<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance<br>PO BOX 260848<br>Plano, TX 75026 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cardiology Center of NJ<br>32 Chelsea Drive<br>Livingston, NJ 07039 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Celentano, Stadtmauer & Walentowicz<br>Notchview Office Park<br>1035 Route 46 East<br>PO BOX 2594<br>Clifton, NJ 07015 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Clara Maass Medical Center<br>1 Clara Maass Drive<br>Belleville, NJ 07109 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ford Motor Credit<br>Bankruptcy Service Center<br>PO BOX 6275<br>Dearborn, MI 48121<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hackensack U Medical Center<br>PO BOX 48027<br>Newark, NJ 07101<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IC Systems<br>PO BOX 64378<br>Saint Paul, MN 55164<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMCB Card Services<br>301 N, Walnut St. Floor 09<br>Wilmington, DE 19801<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kohls<br>PO BOX 3043<br>Milwaukee, WI 53201<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Med Labs Diagnostics<br>85 Horsehill Road<br>Cedar Knolls, NJ 07929<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Mortgage<br>PO BOX 268806<br>Oklahoma City, OK 73126<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Music Arts Centers<br>c/o Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NJ Healthcare Specialists<br>PO BOX 417191<br>Boston, MA 02241<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pressler & Pressler<br>7 Entin Road<br>Parsippany, NJ 07054<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Senex Services<br>333 Founders Road, 2nd FL<br>Indianapolis, IN 46268<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Star Island Resort Club<br>c/o Pinnacle Credit Services<br>PO BOX 640<br>Hopkins, MN 55343<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Department of HUD<br>451 th Street SW<br>Washington, DC 20410<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon Wireless<br>PO BOX 4001<br>Acworth, GA 30101<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118<br><br>Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*