Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−14587−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dominick Garretson
428 River Road
North Arlington, NJ 07031

Barbara Garretson
428 River Road
North Arlington, NJ 07031

Social Security No.:
xxx−xx−9917

xxx−xx−9147

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 9, 2024.

Dated: August 9, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14587-RG |
| Dominick Garretson | Chapter 13 |
| Barbara Garretson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dominick Garretson, Barbara Garretson, 428 River Road, North Arlington, NJ 07031-5163 |
| 520246166 | + | Cardiology Center of NJ, 32 Chelsea Drive, Livingston, NJ 07039-3420 |
| 520246170 | + | Hackensack U Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 520246173 | + | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 520246175 | + | Med Labs Diagnostics, 85 Horsehill Road, Cedar Knolls, NJ 07927-2036 |
| 520246178 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, NJ Healthcare Specialists, P.O. Box 417191, Boston, MA 02241 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 21:09:51 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 520254637 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 20:54:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520246162 | ^ | MEBN | Aug 09 2024 20:39:38 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 520246163 | + | Email/Text: john.debold@gmail.com | Aug 09 2024 20:45:00 | BCA Financial Services, P.O. Box 1037, Bloomfield, NJ 07003-1037 |
| 520246164 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 20:55:55 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 520246165 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 09 2024 20:54:08 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 520250103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:55:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520313903 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:54:12 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520246167 | ^ | MEBN | Aug 09 2024 20:40:48 | Celentano, Stadtmauer & Walentowicz, |

Case 24-14587-RG    Doc 23    Filed 08/11/24    Entered 08/12/24 00:14:14    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520246168 | + | Email/Text: ebn@rwjbh.org | Aug 09 2024 20:45:00 | Clara Maass Medical Center, 1 Clara Maass Drive, Belleville, NJ 07109-3557 |
| 520246169 | | Email/Text: EBNBKNOT@ford.com | Aug 09 2024 20:45:00 | Ford Motor Credit*, Bankruptcy Service Center, P.O. Box 6275, Dearborn, MI 48121 |
| 520246171 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 09 2024 20:44:00 | IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 520246172 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2024 20:53:46 | JPMCB Card Services*, 301 N. Walnut St, Floor 09, Wilmington, DE 19801 |
| 520246174 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2024 20:43:00 | Kohl's*, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 520331803 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 09 2024 21:10:19 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520246176 | ^ | MEBN | Aug 09 2024 20:40:55 | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 520246177 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 09 2024 20:45:00 | Music Arts Centers, c/o Transworld Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 520250884 | + | Email/Text: signed.order@pfwattorneys.com | Aug 09 2024 20:43:00 | NEW JERSEY HEALTHCARE SPECIALISTS P.C., C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520246179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2024 20:53:56 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520246180 | | Email/Text: signed.order@pfwattorneys.com | Aug 09 2024 20:43:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 520246181 | + | Email/Text: bankruptcy@senexco.com | Aug 09 2024 20:43:00 | Senex Services, 3333 Founders Rd., 2nd Fl, Indianapolis, IN 46268-4932 |
| 520246182 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 20:54:36 | Star Island Resort & Club, c/o Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 520247980 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 09 2024 20:55:54 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520246183 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 09 2024 20:55:54 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 520246184 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 09 2024 20:43:00 | Verizon Wireless, P.O. Box 4001, Acworth, GA 30101-9002 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Denise E. Carlon
  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Steven J. Abelson
  on behalf of Debtor Dominick Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

Steven J. Abelson
  on behalf of Joint Debtor Barbara Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5