UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESALE
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
Freehold, New Jersey  07728
(732) 462-4773
Attorneys for Debtor

Order Filed on August 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DOMINICK & BARBARA GARRETSON

| | |
|---|---|
| Case Number: | 24-14587 |
| Hearing Date: | 8/7/2024 |
| Judge: | RG |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☒ Modified

## ORDER CONTINUING AUTOMATIC STAY

## OR ALTERNATIVELY REINSTATING AUTOMATE STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by _____**Debtor**_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is continued under 11 U.S.C sec. 362(c)(3) and as to all creditors served with the motion as of the date of this order, except those previously granted stay relief. This Order shall continue until confirmation or as may be further Order by the Court.

Alternative, or in addition, the automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.

*rev.5/1/19*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14587-RG |
| Dominick Garretson | Chapter 13 |
| Barbara Garretson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dominick Garretson, Barbara Garretson, 428 River Road, North Arlington, NJ 07031-5163 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven J. Abelson | on behalf of Debtor Dominick Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Barbara Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2    User: admin    Page 2 of 2
Date Rcvd: Aug 12, 2024    Form ID: pdf903    Total Noticed: 1
TOTAL: 5