STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728

Re:  DOMINICK GARRETSON                    Atty:  STEVEN J. ABELSON
     BARBARA GARRETSON                             ABELSON LAW OFFICES
     428 RIVER ROAD                                80 WEST MAIN STREET
     NORTH ARLINGTON,  NJ  07031                   PO BOX 7005
                                                   FREEHOLD, NJ  07728

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-14587

### RECEIPTS AS OF 01/01/2025                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/27/2024 | $1,063.00 | | 08/06/2024 | $1,063.00 | |
| 08/26/2024 | $1,063.00 | | 10/01/2024 | $1,063.00 | |
| 11/13/2024 | $1,063.00 | | 12/09/2024 | $1,063.00 | |

**Total Receipts: $6,378.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,378.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 09/16/2024 | $30.39 | 933,388 | | 10/21/2024 | $95.59 | 934,790 |
| | 11/18/2024 | $93.97 | 936,271 | | 12/16/2024 | $93.97 | 937,657 |
| MIDFIRST BANK | | | | | | | |
| | 09/16/2024 | $287.27 | 933,679 | | 10/21/2024 | $903.63 | 935,120 |
| | 11/18/2024 | $905.25 | 936,572 | | 12/16/2024 | $905.25 | 937,963 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 446.46 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,680.00 | 100.00% | 2,680.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURI | 4,887.31 | 100.00% | 407.89 | 4,479.42 |
| 0005 | CARDIOLOGY CENTER OF NJ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | FORD MOTOR CREDIT* | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | HACKENSACK U MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | JPMCB CARD SERVICES* | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | KOHL'S* | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-14587**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0014 | MED LABS DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | MIDFIRST BANK | (NEW) Prepetition A | 47,056.48 | 100.00% | 3,906.65 | 43,149.83 |
| 0016 | MUSIC ARTS CENTERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | NJ HEALTHCARE SPECIALISTS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | STAR ISLAND RESORT & CLUB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | VERIZON WIRELESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | NEW JERSEY HEALTHCARE SPECIALISTS | UNSECURED | 692.73 | 100.00% | 0.00 | 692.73 |
| 0029 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 183.89 | 100.00% | 0.00 | 183.89 |

**Total Paid: $7,441.00**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $6,378.00          -          Paid to Claims: $4,314.54          -          Admin Costs Paid: $3,126.46          =          Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.