Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  24−14587−MEH
        Chapter:  13
        Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dominick Garretson | Barbara Garretson |
| 428 River Road | 428 River Road |
| North Arlington, NJ 07031 | North Arlington, NJ 07031 |

Social Security No.:
  xxx−xx−9917                                                     xxx−xx−9147

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/21/25 at 10:00 AM

to consider and act upon the following:

*31* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/7/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*33* − Certification In Objection to Certification of Default (related document:31 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/7/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Steven J. Abelson on behalf of Barbara Garretson, Dominick Garretson. (Attachments: # 1 Exhibit) (Abelson, Steven)

Dated: 5/6/25

                                                                            Jeanne Naughton
                                                                            Clerk, U.S. Bankruptcy Court