UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on May 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

DOMINICK GARRETSON
BARBARA GARRETSON

Case No.:  24-14587 MEH

Hearing Date:  5/21/2025

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 21, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): DOMINICK GARRETSON
BARBARA GARRETSON

Case No.: 24-14587

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/21/2025 on notice to STEVEN J. ABELSON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to make May's plan payment to the Trustee's office by 6/1/2025 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney.