Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24–14587–TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dominick Garretson | Barbara Garretson |
| 428 River Road | 428 River Road |
| North Arlington, NJ 07031 | North Arlington, NJ 07031 |

Social Security No.:
  xxx–xx–9917                                           xxx–xx–9147

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/1/25 at 10:00 AM

to consider and act upon the following:

38 – Motion for Relief from Stay re: 428 River Road, North Arlington NJ 07031. Fee Amount $ 199. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Hearing scheduled for 10/1/2025 at 09:00 AM, MEH – Courtroom 2, Trenton.. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Exhibit A Note # 4 Exhibit B Mortgage # 5 Exhibit C Loan Mod # 6 Exhibit D Certification # 7 Certificate of Service) (Carlon, Denise) INCORRECT HEARING TIME AND LOCATION. Modified on 9/2/2025 (car).

Dated: 9/2/25

                                                       Jeanne Naughton
                                                       Clerk, U.S. Bankruptcy Court