| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank |

| | |
|---|---|
| In Re:<br><br>Dominick Garretson & Barbara Garretson,<br><br>Debtor | Case No.:   24-14587-TBA<br>Chapter:   13<br>Hearing Date:   10/01/2025<br>Judge:   TBA |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 428 River Road, North Arlington, NJ(Docket #38)

Date: 09/30/2025

/s/ Denise Carlon
Signature

rev.8/1/15