Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−14587−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dominick Garretson
428 River Road
North Arlington, NJ 07031

Barbara Garretson
428 River Road
North Arlington, NJ 07031

Social Security No.:
   xxx−xx−9917                                              xxx−xx−9147

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 9, 2024.

On 12/23/25 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable MARK E HALL on:

Date:              February 4, 2026
Time:               08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 6, 2026
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dominick Garretson  
Barbara Garretson  
    Debtors

Case No. 24-14587-TBA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 06, 2026     Form ID: 185     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dominick Garretson, Barbara Garretson, 428 River Road, North Arlington, NJ 07031-5163 |
| 520246166 | + | Cardiology Center of NJ, 32 Chelsea Drive, Livingston, NJ 07039-3420 |
| 520246170 | + | Hackensack U Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 520246173 | + | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 520246175 | + | Med Labs Diagnostics, 85 Horsehill Road, Cedar Knolls, NJ 07927-2036 |
| 520246178 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, NJ Healthcare Specialists, P.O. Box 417191, Boston, MA 02241 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2026 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2026 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 20:42:01 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 520254637 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2026 20:42:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520246162 | ^ | MEBN | Jan 06 2026 20:38:37 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 520246163 | + | Email/Text: john.debold@gmail.com | Jan 06 2026 20:44:00 | BCA Financial Services, P.O. Box 1037, Bloomfield, NJ 07003-1037 |
| 520246167 | | Email/Text: dlewis@csandw-llp.com | Jan 06 2026 20:43:00 | Celentano, Stadtmauer & Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015 |
| 520246164 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 20:41:59 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 520246165 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 06 2026 20:41:42 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 520250103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 20:42:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520313903 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: 185 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 06 2026 20:42:01 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520246168 | + | Email/Text: ebn@rwjbh.org | Jan 06 2026 20:44:00 | Clara Maass Medical Center, 1 Clara Maass Drive, Belleville, NJ 07109-3557 |
| 520246169 | | Email/Text: EBNBKNOT@ford.com | Jan 06 2026 20:44:00 | Ford Motor Credit*, Bankruptcy Service Center, P.O. Box 6275, Dearborn, MI 48121 |
| 520246171 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 06 2026 20:43:00 | IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 520246172 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 06 2026 20:41:38 | JPMCB Card Services*, 301 N. Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 520246174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 20:42:16 | Kohl's*, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 520331803 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 06 2026 20:41:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520246176 | ^ | MEBN | Jan 06 2026 20:38:57 | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 520246177 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 06 2026 20:44:00 | Music Arts Centers, c/o Transworld Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 520250884 | + | Email/Text: signed.order@pfwattorneys.com | Jan 06 2026 20:43:00 | NEW JERSEY HEALTHCARE SPECIALISTS P.C., C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520246179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2026 20:41:40 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520246180 | | Email/Text: signed.order@pfwattorneys.com | Jan 06 2026 20:43:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 520246181 | + | Email/Text: bankruptcy@senexco.com | Jan 06 2026 20:43:00 | Senex Services, 3333 Founders Rd., 2nd Fl, Indianapolis, IN 46268-4933 |
| 520246182 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2026 20:42:03 | Star Island Resort & Club, c/o Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 520247980 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 06 2026 20:42:17 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520246183 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 06 2026 20:42:17 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 520246184 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 06 2026 20:43:00 | Verizon Wireless, P.O. Box 4001, Acworth, GA 30101-9002 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 06, 2026 | Form ID: 185 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven J. Abelson | on behalf of Debtor Dominick Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Barbara Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5