STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728


Re:  DOMINICK GARRETSON                    Atty:  STEVEN J. ABELSON
     BARBARA GARRETSON                            ABELSON LAW OFFICES
     428 RIVER ROAD                                80 WEST MAIN STREET
     NORTH ARLINGTON,  NJ  07031                   PO BOX 7005
                                                   FREEHOLD, NJ  07728


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-14587

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 06/27/2024 | $1,063.00 | | 08/06/2024 | $1,063.00 | |
| 08/26/2024 | $1,063.00 | | 10/01/2024 | $1,063.00 | |
| 11/13/2024 | $1,063.00 | | 12/09/2024 | $1,063.00 | |
| 01/07/2025 | $1,063.00 | | 02/18/2025 | $1,063.00 | |
| 03/10/2025 | $1,063.00 | | 04/30/2025 | $1,063.00 | |
| 05/12/2025 | $1,063.00 | | 05/27/2025 | $1,063.00 | |
| 06/25/2025 | $1,063.00 | | 07/31/2025 | $1,063.00 | |
| 08/25/2025 | $1,063.00 | | 10/06/2025 | $1,063.00 | |
| 10/21/2025 | $1,063.00 | | 12/08/2025 | $1,063.00 | |
| 12/22/2025 | $1,063.00 | | | | |

**Total Receipts:  $20,197.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $20,197.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---------------|------|--------|---------|------|--------|---------|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 09/16/2024 | $30.39 | 933,388 | 10/21/2024 | $95.59 | 934,790 |
| | 11/18/2024 | $93.97 | 936,271 | 12/16/2024 | $93.97 | 937,657 |
| | 01/13/2025 | $93.97 | 939,101 | 03/17/2025 | $187.95 | 941,853 |
| | 05/12/2025 | $93.97 | 944,748 | 06/16/2025 | $189.95 | 946,159 |
| | 07/14/2025 | $94.97 | 947,609 | 08/18/2025 | $94.97 | 949,004 |
| | 09/16/2025 | $94.97 | 950,320 | 10/20/2025 | $93.97 | 951,759 |
| | 11/17/2025 | $75.32 | 953,239 | 12/15/2025 | $75.32 | 954,644 |
| | 01/12/2026 | $75.32 | 956,063 | | | |

**Chapter 13 Case # 24-14587**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 09/16/2024 | $287.27 | 933,679 | | 10/21/2024 | $903.63 | 935,120 |
| | 11/18/2024 | $905.25 | 936,572 | | 12/16/2024 | $905.25 | 937,963 |
| | 01/13/2025 | $905.25 | 939,387 | | 03/17/2025 | $1,810.49 | 942,154 |
| | 05/12/2025 | $905.25 | 945,042 | | 06/16/2025 | $1,829.75 | 946,463 |
| | 07/14/2025 | $914.88 | 947,914 | | 08/18/2025 | $914.88 | 949,267 |
| | 09/16/2025 | $914.88 | 950,611 | | 10/20/2025 | $905.25 | 952,067 |
| | 11/17/2025 | $725.58 | 953,513 | | 11/17/2025 | $198.32 | 953,513 |
| | 12/15/2025 | $725.58 | 954,924 | | 12/15/2025 | $198.32 | 954,924 |
| | 01/12/2026 | $725.58 | 956,333 | | 01/12/2026 | $198.32 | 956,333 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,158.67 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,680.00 | 100.00% | 2,680.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 4,887.31 | 100.00% | 1,484.60 | 3,402.71 |
| 0005 | CARDIOLOGY CENTER OF NJ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | FORD MOTOR CREDIT* | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | HACKENSACK U MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | JPMCB CARD SERVICES* | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | KOHL'S* | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | MED LABS DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | MIDFIRST BANK | (NEW) Prepetition A | 47,056.48 | 100.00% | 14,278.77 | 32,777.71 |
| 0016 | MUSIC ARTS CENTERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | NJ HEALTHCARE SPECIALISTS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | STAR ISLAND RESORT & CLUB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | VERIZON WIRELESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | NEW JERSEY HEALTHCARE SPECIALISTS | UNSECURED | 692.73 | 100.00% | 0.00 | 692.73 |
| 0029 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 183.89 | 100.00% | 0.00 | 183.89 |
| 0030 | MIDFIRST BANK | (NEW) MTG Agree | 9,553.88 | 100.00% | 594.96 | 8,958.92 |

**Total Paid:  $20,197.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $20,197.00          -     Paid to Claims: $16,358.33     -     Admin Costs Paid: $3,838.67     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.