**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

 IN RE:

   DOMINICK GARRETSON
   BARBARA GARRETSON

Order Filed on July 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-14587 MEH**

**Hearing Date:  7/15/2026**

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 15, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): DOMINICK GARRETSON
　　　　　 BARBARA GARRETSON

Case No.: 24-14587

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

 THIS MATTER having come before the Court on 07/15/2026 on notice to STEVEN J. ABELSON,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to Reinstate the Stay as to secured mortgage by

  7/29/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further

  hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Motion to Dismiss will be adjourned

  to 8/5/2026 at 10:00 am.