UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON LAW OFFICES
By: Steven J. Abelson
(ID SA 7987)
80 West Main Street
PO Box 7005
Freehold, NJ 07728
(732) 462-4773
Attorney for Debtor

In Re:

DOMINICK & BARBARA GARRETSON

**Order Filed on August 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____24-14587_____

Chapter: 13

Judge: _____MEH_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 5, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson_____, the applicant, is allowed a fee of $ _____1000_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____1000_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.   $ 750

☒ outside the plan.                                            $ 250

The debtor's monthly plan is modified to require a payment of $_____1292____ per month for _____35_____ months to allow for payment of the above fee.

*rev.8/1/15*

2