UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON LAW OFFICES
By: Steven J. Abelson
(ID SA 7987)
80 West Main Street
PO Box 7005
Freehold, NJ 07728
(732) 462-4773
Attorney for Debtor

In Re:

DOMINICK & BARBARA GARRETSON

Order Filed on August 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____24-14587_____

Chapter: _____13_____

Judge: _____MEH_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 5, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Steven J. Abelson _____, the applicant, is allowed a fee of $ _____ 1000 _____ for services rendered and expenses in the amount of $ _____ -0- _____ for a total of $ _____ 1000 _____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.   $ 750

☒  outside the plan.                                            $ 250

The debtor's monthly plan is modified to require a payment of $ _____ 1292 ___ per month for _____ 35 _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-14587-MEH

Dominick Garretson                                                                    Chapter 13

Barbara Garretson

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                              Page 1 of 2

Date Rcvd: Aug 05, 2026                    Form ID: pdf903                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                     + Dominick Garretson, Barbara Garretson, 428 River Road, North Arlington, NJ 07031-5163

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed
below:**

**Name**                              **Email Address**

Marie-Ann Greenberg
                                      magecf@magtrustee.com

Matthew K. Fissel
                                      on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Steven J. Abelson
                                      on behalf of Joint Debtor Barbara Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

Steven J. Abelson
                                      on behalf of Debtor Dominick Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
                                      USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                          User: admin                              Page 2 of 2
Date Rcvd: Aug 05, 2026                       Form ID: pdf903                          Total Noticed: 1
TOTAL: 5