UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE, LLC
By; Steven J. Abelson, Esq.
ID # SA 7987
PO Box 7005
80 West Main Street
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

**Order Filed on August 19, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

DOMINICK & BARBARA GARRETSON

| | |
|---|---|
| Case Number: | 24-14587 |
| Hearing Date: | 8/19/26 |
| Judge: | MEH |
| Chapter: | 13 |

Recommended Local Form: ☐ Followed ☒ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 19, 2026**

**Honorable Mark E. Hall**
**United States Bankruptcy Judge**

This matter having been presented to the Court by ______Debtors______ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to Mid-First Mortgage with respect to the Debtor's residence at 428 River Road, North Arlington, NJ 07031

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all affected creditors and/or parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*